DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.S.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellee.

No. 4D19-3153

[February 27, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Yael Gamm, Judge; L.T. Case No. 2017-986 CJDP.

Bernard R. Appleman of Law Offices of Bernard R Appleman, Fort Lauderdale.

Ashley Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, for appellee Department of Children and Families.

Thomasina Moore, Statewide Director, Statewide Guardian ad Litem Office, Tallahassee and Laura J. Lee, Senior Attorney, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***